**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH PADILLA, ON HIS OWN BEHALF AND OTHERS SIMILARLY SITUATED,**

    **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No.  6:11-cv-528-Orl-28KRS**

**COLONIAL PROPERTIES SERVICES, LP,**

    **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Stipulation of Dismissal with Prejudice, Joint Motion for Approval of Settlement (Doc. No. 22) filed October 7, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 12, 2011 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Stipulation of Dismissal with Prejudice, Joint Motion for Approval of Settlement (Doc. No. 22) is **GRANTED in part.**

3.  The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

4.  Plaintiff's counsel shall provide a copy of this Order to Plaintiff.

5.  The Court declines to approve the settlement as a whole or to reserve jurisdiction to enforce it.

6.  This case is dismissed with prejudice.

7.  The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge